Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
_____ 20
Robin D. Tabora, Clerk
By_____
Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

___HARTFORD_____ Division

| | | |
|---|---|---|
| ROSELYN NYARKO | ) | Case No. 3:21 CV 827 - SRU |
| | ) | *(to be filled in by the Clerk's Office)* |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names.)* | | |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | ROSELYN NYARKO |
   | Street Address | 39 BUCKLAND ST #13223 |
   | City and County | MANCHESTER, HARTFORD COUNTY |
   | State and Zip Code | CT 06042 |
   | Telephone Number | 8602689908 |
   | E-mail Address | ROSELYN.NYARKO@GMAIL.COM |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | EXPERIAN INFORMATION SOLUTIONS, INC |
| Job or Title *(if known)* | |
| Street Address | P. O. BOX 2002 |
| City and County | ALLEN, COLLIN |
| State and Zip Code | TX, 75013 |
| Telephone Number | (888) 397-3742 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**II.      Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
15 USC 1681

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the
State of *(name)* _____.

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant,  *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?
        1. At my abode at 39 Buckland St #13223 Manchester, CT 06042

    B.    What date and approximate time did the events giving rise to your claim(s) occur?
        March 22, 2021

C.   What are the facts underlying your claim(s)?   *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

1. EXPERIAN INFORMATION SERVICES, INC ("EXPERIAN") has prepared a consumer report without fairness, impartiality and respect to consumer's right to privacy. [See Exhibit 1]
2. EXPERIAN has not taken reasonable procedures to assure maximum possible accuracy of the information he is reporting about the consumer. He is reporting five variations in consumer's name and thirteen different addresses and two unrelated phone numbers. [See Exhibit 2]
3. EXPERIAN is reporting information solely as to the transactions or experiences between the consumer and the person making the report. Consumer has been denied a mortgage as a result. [See Exhibit 1]
4. EXPERIAN has furnished the consumer's report to person's who the consumer does not have an account with under review nor for collection, and has not requested an extention of credit from. [See Exhibit 3]

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1. By doing the acts described above in paragraph 1 EXPERIAN is in violation of 15 U.S.C. 1681(a)(4) by preparing a consumer report without respect to consumer's right to privacy thereby entitling Plaintiff to recover damages pursuant to 15 U.S.C 1681n and 1681o.
2. By doing the acts described above in paragraph 2 EXPERIAN is in violation of 15 U.S.C. 1681e(b) for not following reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates thereby entitling Plaintiff to recover damages pursuant to 15 U.S.C 1681n and 1681o.
3. By doing the acts described above in paragraph 3 EXPERIAN is in violation of 15 U.S.C. 1681a(d)(2)(A)(i) for furnishing report containing information solely as to transactions or experiences between consumer and the person making the report thereby entitling Plaintiff to recover damages pursuant to 15 U.S.C 1681n and 1681o.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff prays for judgment against EXPERIAN for the following:
1. That EXPERIAN is violating, has violated and causing Plaintiff's consumer rights to be violated.
2. That EXPERIAN is causing, has caused Plaintiff mental anguish and emotional distress.
3. To update to consumer report in accordance with instruction of the consumer in a manner which is fair and equitable to her.
4. Awarding to Plaintiff damages, cost, expenses, compensatory damages, prejudgement interests, punitive damages.
5. Awarding such other and further relief as the Court deems just and proper.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              05/22/2021

Signature of Plaintiff

Printed Name of Plaintiff       Roselyn Nyarko

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# AFFIDAVIT OF TRUTH

Notice to all, I, am that I am, the consumer in fact, natural person, executor, administrator, holder in due course for any and all derivatives thereof for the surname/given name NYARKO, ROSELYN A, and I have been appointed and accept being the executor both public and private for all matters proceeding, and I hereby claim that I will d/b/a NYARKO, ROSELYN A, and autograph as the agent, attorney in fact, so be it.

Whereas, I of age, of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may be, declares under penalty of perjury of the laws of the united States of America and I depose the following facts, so be it, now present:

Fact, the Fair Credit Reporting Act (FCRA) is intended to secure my right to privacy and my privacy has been breached so be it, and;

Fact, affiant is aware and has proof in the attachment labeled as Exhibit 1 that Experian Information Solutions, Inc (Experian) is in violation of 15 USC 1681(a)(4) so be it, and;

Fact, affiant is aware and has proof in the attachment labeled as Exhibit 1 that Experian is in violation of 15 USC 1681(b) so be it, and;

Fact, affiant is aware and has proof in the attachment labeled as Exhibit 2 that Experian is in violation of 15 USC 1681e(b) so be it, and;

Fact, affiant is aware and has proof in the attachment labeled as Exhibit 3 that Experian is in violation of 15 U.S.C 1681b(a) so be it, and;

Further Affiant sayeth naught

I swear to all information provided herein, I do so under penalty of perjury that the information I so affirm is true, correct, accurate to the best of my ability and knowledge, so be it;

This is a copy of what seems to be the original document made on ___ march 2021

_____
Notary Public

On the date of _23_ _March_ / 20_21_ NYARKO, ROSELYN A, agent, d/b/a Roselyn A
Nyarko came before me today present as a flesh and blood living being (non entity/non debtor)
under oath to the most high of creation only and provided the facts listed herein.

Sworn to or affirmed by and subscribed before me on the _03_ day of _23_, year 20_21_

Roselyn A. Nyarko, Attorney-In-Fact

Notary Public

Signature

ERMELINDA ELENA MACOVEN
NOTARY PUBLIC OF CONNECTICUT
My Commission Expires 11/30/2025

This is a copy of
what seems to be the
original document
made on _23rd march 2021_

Notary Public

EXHIBIT A

**Send ALL Correspondence to:**
**ELENA MACOVEN**
**Notary Acceptor whose Business Address is:**
**35-31 TALCOTTVILLE ROAD**
**VERNON, CT 06066**

Certified Mail#: 7020 0090 0000 7961 7860

**FROM:**
**ROSELYN NYARKO**
**39 BUCKLAND ST #13223**
**MANCHESTER, CT 06042**

DATE: March 22, 2021

**TO:**

**EXPERIAN INFORMATION SOLUTIONS, INC.**
**475 ANTON BLVD.**
**COSTA MESA CA 92626**

## Re: Violation of the Fair Credit Reporting Act 15 U.S.C 1681 et seq.

**Report Prepared for:  ROSELYN A NYARKO**
**Date Generated: February 1, 2021**
**Report Number: 1887-9238-11**

I recently received a copy of my above-referenced credit report.  You are in violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.,

1. The FCRA provides that. "Pursuant to 15 USC 1681(a)(4) There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy.

2. The FCRA provides that. "Pursuant to 15 USC 1681(b) Reasonable procedures

   It is the purpose of this subchapter to require that consumer reporting agencies adopt reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information in accordance with the requirements of this subchapter.

Experian Information Solutions, Inc (Experian), has prepared a consumer report without fairness, impartiality and respect to the undersigned consumer's right to privacy. The consumer report has not been relevant nor accurate, I have been denied a mortgage as a result. Therefore such consumer reports are not fair nor equitable with regard to relevancy, accuracy nor proper utilization in accordance with the requirements of this subchapter. ***See Exhibit 1***

3. The Fair Credit Reporting Act (FCRA) provides that. "Pursuant to 15 U.S.C 1681a(d) Consumer reports.- (2)Exclusions.—Except as provided in paragraph (3), the term "consumer report" does not include—
   (A) subject to section 1681s–3 of this title, any— (i) report containing information solely as to transactions or experiences between the consumer and the person making the report

4. The FCRA provides that. "Pursuant to 15 U.S.C 1681a(d) Consumer reports.- (2)Exclusions.—Except as provided in paragraph (3), the term "consumer report" does not include—  (B) any authorization or approval of a specific extension of credit directly or indirectly by the issuer of a credit card or similar device ( Pursuant to 15 U.S.C 1602(l) "The term "credit card" means any card, plate, coupon book or other credit device existing for the purpose of obtaining money, property, labor, or services on credit. )

4. The FCRA provides that. "Pursuant to 15 USC 1681e(b) Accuracy of report

Whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates.

Experian has not taken reasonable procedures to assure maximum possible accuracy of the information he is reporting about the undersigned consumer. He is reporting five different variations of consumer's name and thirteen different addresses and two unrelated phone numbers for the said consumer. *See Exhibit 2.*

5.  The FCRA provides that. "Pursuant to 15 U.S.C 1681b(a) In general Subject to subsection (c), any consumer reporting agency may furnish a consumer report under the following circumstances and no other: (3) To a person which it has reason to believe— (A) intends to use the information in connection with a credit transaction involving the consumer on whom the information is to be furnished and involving the extension of credit to, or review or collection of an account of, the consumer

Experian has furnished the undersigned consumer's report to person's who the consumer has not requested to have an extension of credit from, an account under collection nor review. *See Exhibit 3*

6. Furthermore, "Pursuant to 15 U.S.C 1681n; (a)In general Any person who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of—
    (1) (A) any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000

7. Also, "Pursuant to 15 U.S.C 1681o; (a) In general Any person who is negligent in failing to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of—
    (1) any actual damages sustained by the consumer as a result of the

failure; and

(2) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

For the sake of judicial economy. I am willing to settle this matter without any admitted liability. I offer full and final settlement of this issue if you comply with the following demands upon you:

(1) Update my consumer files in accordance to the instructions provided below and send an updated copy within 30 days of receiving this demand:

1. **Correct Name ID#: 18516**
2. **Correct Address ID#: 0607109980**
3. **Correct Phone Number: (718) 450 5040**
4. **Notices: Delete**
5. **Delete all Inquiries except Cap ONE NA**
6. **Zero out balances of all credit card accounts**

(2) pay the attached invoice for each violation of my consumer rights under the FCRA by check to the Notary Acceptor above within 30 days of receiving this demand.

Please be advised that I am prepared to litigate this matter if you do not comply with these demands. Upon timely receipt of payment. This letter shall be a general release of all claims herein.

Sincerely,

Roselyn A Nyarko
Social Security Number: 883-480-7618
Date of Birth: January 02, 1992

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: EXPERIAN INFOR-MATION SOLUTIONS, INC
475 ANTON BLVD
COSTA MESA, CA 92626

9590 9402 5402 9189 4993 36

2. Article Number (Transfer from service label)
7020 0090 0000 7961 7860

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X EXPERIAN
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
PS                    C-19    3.21.21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
    d Mail Restricted Delivery
    500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: EXPERIAN INFORMATION SOLUTIONS, INC
P.O. BOX 2002
ALLEN, TX 75013

9590 9402 5402 9189 4976 77

2. Article Number (Transfer from service label)
7020 0090 0000 7961 7877

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
    Mail Restricted Delivery
    0)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
EXPERIAN INFORMATION SOLU-TIONS, INC
C/O CT CORPORATION SYSTEM
350 N ST PAUL ST
DALLAS, TX 75201

9590 9402 5402 9189 4993 50

2. Article Number (Transfer from service label)
7020 0090 0000 7961 7853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Shaina Fenimore    MAR 29 2021

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
    500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



## Notice of Default / Opportunity to Cure

From:

    Roselyn Nyarko
    39 Buckland St #13223
    Manchester, CT 06042

To:

    EXPERIAN INFORMATION SOLUTIONS, INC.
    P. O. BOX 2002
    ALLEN, TX 75013

Date: April 19, 2021

## Re: Violation of the Fair Credit Reporting Act 15 U.S.C 1681 et seq.

On or about March 22, 2021, the undersigned consumer submitted ALLEGED VIOLATIONS OF THE FAIR CREDIT REPORTING ACT, AFFIDAVIT OF TRUTH UNDER PENALTY OF PERJURY and PROOF OF ALLEGATIONS to EXPERIAN INFORMATION SOLUTIONS hereinafter "Respondent" with specific instructions to perform or rebut the allegation placed upon him. These presentments were sent by USPS Certified Mail# 7020 0090 0000 7961 7877. Respondent received these instruments on March 29, 2021.

As the Respondent, you are now in default, and you are in agreement and have stipulated to the  terms of the undersigned's dated presentment through your dishonor. You have the right to cure  this fault and perform according to said terms within the ten **(10)** days from the receipt of this  Notice of Default.

Should you fail to cure your fault, I will establish an Affidavit of Default and Consent Judgement solidifying your  agreement and failure to contest acceptance. Thank you for your prompt attention to this matter.

Sincerely,

Roselyn Nyarko,
Authorized Representative,
Attorney-in-Fact.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: EXPERIAN INFORM-
ATION SOLUTIONS, INC
P.O. Box 2002
ALLEN, TX 75013

9590 9402 5402 9189 4992 82

2. Article Number (Transfer from service label)
7020 0090 0000 7961 8003

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
EXPERIAN
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No
APR 26 2021
Paula Thibodeaux

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   red Mail Restricted Delivery
   r $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: EXPERIAN INFORM-
ATION SOLUTIONS, INC
c/o CORPORATION SYSTEMS
350 N ST. PAUL ST
DALLAS, TX 75201

9590 9402 5829 0034 3952 19

2. Article Number (Transfer from service label)
7020 0090 0000 7961 7990

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
Brett Bagwell
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No
APR 23 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   sured Mail Restricted Delivery
   ver $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: EXPERIAN INFORM-
ATION SOLUTIONS, INC
475 ANTON BLVD
COSTA MESA, CA 92626

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X EXPERIAN                           ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
PB        C19              4.22.21
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery

EXHIBIT 1

# NOTICE OF ACTION TAKEN

**Applicant's Name:** Roselyn Nyarko
**Applicant's Address:** 39 Buckland St Apt 1323 Manchester, CT, 06042
**Description of Account, Transaction, or Requested Credit:** FarmersHomeAdministration Home Loan Application
**Description of Action Taken:** Unable to proceed
**Date:** 01/06/2021

## Part I – PRINCIPAL REASON(S) FOR CREDIT DENIAL, TERMINATION, OR OTHER ACTION TAKEN CONCERNING CREDIT

| | | |
|---|---|---|
| [ ] - Credit Application Incomplete | [ ] - Delinquent past or present credit obligations with others | [ ] - Inadequate Assets |
| [x] - Excessive obligations in relation to income | [ ] - Public records | [ ] - No credit file |
| [x] - Temporary or irregular employment | [ ] - Unacceptable payment on previous mortgage | [ ] - Inadequate collateral |
| [ ] - Insufficient number of credit references | [ ] - Doesn't meet occupancy requirements | [ ] - Inadequate appraisal |
| [ ] - Bankruptcy | [ ] - Other: | [ ] - Inadequate credit score |
| [ ] - Unable to verify employment | | |

## Part II— DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE.

[x] - Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

       **Name: Equifax Mortgage Services**
       **Address: 4300 Westown Parkway Suite 200 / West Des Moines, IA 50266**
       *[Toll-free]* Telephone number: **(800) 925-7461**

[x] - We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes. If you have any questions regarding your credit score, you should contact the agency listed below.
       Name: **Experian**
       Address: **P.O. Box 2002 / Allen, TX, 75013**
       *[Toll-free]* Telephone number: **(888) 397-3742**

       **Your credit score: 0733**       **Date credit pulled:** 12/28/2020
       Scores can range from a low of **309** to a high of **839.**
       Key factors that adversely affected your credit score as reported by the credit reporting agency:
           RATIO OF BALANCE TO LIMIT ON BANK REVOLVING OR OTHER REV ACCTS TOO HIGH
           LENGTH OF TIME ACCTS HAVE BEEN ESTABLISHED
           TOO MANY ACCOUNTS WITH BALANCES
           TOO MANY INQUIRIES LAST 12 MONTHS

[ ] - Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

**If you have any questions regarding this notice, you should contact:**
**Neighbors Bank**       Notice Sent: 01/06/2021
1801 Westfall Drive Suite 105       Date of Denial: 01/06/2021
Columbia, MO 65202       By: Amy Taylor NMLS # 2076074
800-220-0600       Loan Officer: Amy Taylor NMLS # 2076074
NMLS #: 491986       Loan Number #: 960020103416147

## NOTICE
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:



       **Consumer Financial Protection Bureau**       **Federal Trade Commission**
       **1700 G Street NW**       **Equal Credit Opportunity**
       **Washington DC, 20522**       **Washington, DC 20580**

       **Neighbors Bank (NMLS #491986)**
       **www.nmlsconsumeraccess.org**

2/1/2021                                    Annual Credit Report - Experian

EXHIBIT 2

Prepared For

**ROSELYN A NYARKO**

**Personal & Confidential**

**Date Generated**  Feb 1, 2021
**Report Number**  1887-9238-11

## At a Glance          **6** Accounts          **0** Public Records          **9** Hard Inquiries

## Personal Information

**5** Names          **13** Addresses          **0** Employers          **19** Other Records

This information is reported to us by you, your creditors and/or other sources. Each source may report your information differently, which may result in variations of your name, address, Social Security number, etc. This is used for identification purposes only and does not factor into your Credit Score.

## Names

| | | | |
|---|---|---|---|
| **ROSELYN A NYARKO** | **ROSELYN N NYARKO** | **ROSELYN NYARKO** | **ROSELYN ANANG NYARKO** |
| Name ID #18516 | Name ID #12133 | Name ID #8233 | Name ID #4934 |
| **ROSELYN ANANG NYARKO** | | | |
| Name ID #22347 | | | |

## Addresses

**39 BUCKLAND
ST APT1322-
3
MANCHESTER CT,
06042-7727**

Address ID
#0607109980 ⓘ
Apartment
complex

**39 BUCKLAND
ST
MANCHESTER CT,
06042-7700**

Address ID
#0918255969 ⓘ
Single family

**631
TALCOTTVILL
E RD APTP25
VERNON
ROCKVILLE CT,
06066-2386**

Address ID
#0009007983 ⓘ
Apartment
complex

**292 OAK ST
SOUTH WINDSOR
CT, 06074-2342**

Address ID
#0009065573 ⓘ
Single family

**3402 WRIGHT
AVE #3
BRONX NY,
10475-1566**

Address ID
#0501892228 ⓘ
Single family

**3081 VILLA
AVE APT5H
BRONX NY,
10468-1363**

Address ID
#0788939351 ⓘ
Apartment
complex

**2842 GRAND
CONCOURSE
APT5K
BRONX NY,
10458-3144**

Address ID
#0019651935 ⓘ
Apartment
complex

**39 BUCKLAND
ST APT1322
MANCHESTER CT,
06042-7700**

Address ID
#0900489565 ⓘ
Apartment
complex

**631
TALCOTTVILL
E RD
VERNON CT,
06066-2353**

Address ID
#0843965570 ⓘ
Multifamily

**290 OAK ST
SOUTH WINDSOR
CT, 06074-2342**

Address ID
#0229080423 ⓘ
Single family

**3402 WRIGHT
AVE
BRONX NY,
10475-1566**

Address ID
#0446438063 ⓘ
Single family

**3081 VILLA
AVE
BRONX NY,
10468-1336**

Address ID
#0019899901 ⓘ
Multifamily

**2842 GRAND
CONCOURSE
BRONX NY,
10458-3112**

Address ID
#0019651803 ⓘ
Multifamily

## Year of Birth

1992

## Phone Numbers

(347) 784-3847                                    (718) 450-5040

## Notices

The issue date of the Social Security number that you gave us when you contacted us is not verified by the Social Security Administration.

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## CAPITAL ONE

 **Account Info**

| | |
|---|---|
| Account Name | **CAPITAL ONE** |
| Account Number | **515676XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **01/08/2020** |
| Status | **Open/Never late.** |
| Status Updated | **Jan 2021** |
| Balance | **$0** |
| Balance Updated | **01/22/2021** |

EXHIBIT 3

2/1/2021                                    Annual Credit Report - Experian

**AMERICAN EXPRESS**
Inquired on 01/08/2021

PO BOX 31525
SALT LAKE CITY UT, 84131

Unspecified. This inquiry is scheduled to continue on record until Feb 2023.

**JPMCB CARD**
Inquired on 01/06/2021

PO BOX 15077
WILMINGTON DE, 19850

Credit card with 0 Months repayment terms. This inquiry is scheduled to continue on record until Feb 2023.

**EQUIFAX MORTGAGE SERVICE**
Inquired on 12/28/2020

4300 WESTOWN PKWY STE 200 WEST DES MOINES IA, 50266

Mortgage on behalf of NEIGHBORS BANK. This inquiry is scheduled to continue on record until Jan 2023.

**RENTAL PROPERTY SOLUTION**
Inquired on 06/29/2020

PO BOX 509124
SAN DIEGO CA, 92150

Rental on behalf of ASPEN WOODS MANCHESTER. This inquiry is scheduled to continue on record until Jul 2022.

**BIRCHWOOD CREDIT SERVICE**
Inquired on 01/23/2020

2617 WHITE MOUNTAIN HWY FL 2 NORTH CONWAY NH, 03860

Real Estate on behalf of NORWICH COMMERCIAL MORTG. This inquiry is scheduled to continue on record until Feb 2022.

**CAP ONE NA**
Inquired on 01/08/2020

PO BOX 30281
SALT LAKE CITY UT, 84130

Unspecified. This inquiry is scheduled to continue on record until Feb 2022.

**BIRCHWOOD CREDIT SERVICE**
Inquired on 06/25/2019

2617 WHITE MOUNTAIN HWY FL 2 NORTH CONWAY NH, 03860

Real Estate on behalf of NORWICH COMMERCIAL MORTG. This inquiry is scheduled to continue on record until Jul 2021.

**BIRCHWOOD CREDIT SERVICE**
Inquired on 06/24/2019

Real Estate on behalf of VILLAGE MORTGAGE. This inquiry is scheduled to continue on record until Jul 2021.

**SPRINT**
Inquired on 03/15/2019